83,727-01

CAUSE NO. 146329

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 03 2015
Abel Acosta, Clerk

EX PARTE § IN THE 180th DISTRICT

BILLY EAGLIN § COURT OF

APPLICANT § HARRIS COUNTY, TEXAS

— PRE-TRIAL WRIT OF HABEAS CORPUS
VERNON'S ANN. TEX. C.C.P. ART. 11.46

TO THE HONORABLE JUSTICE OF SAID COURT:

COMES NOW, EX PARTE, BILLY EAGLIN, AND
BRINGS THIS HIS GREAT PRE-TRIAL
WRIT OF HABEAS CORPUS. AND WOULD
SHOW THE COURT THE FOLLOWING.

— JURISDICTION —

EX PARTE, BILLY EAGLIN, BRINGS THIS
PRE-TRIAL WRIT PURSUANT TO ART. 11.46
OF THE TEX. C.C.P., 14th AMEND. OF THE
U.S. CONST, TEX. CONST. ART. 2 SEC. 3(A), 19th

CAUSE NO. 1463290

-FACTS-

## I

The defendant has been charged with a felony of the first degree Namely Aggravated Robbery - Deadly Weapon.

## II

On or about March 26, 2015 at around 0600hrs, the defendant was and has been accused of a crime in which there is no evidence at all to prove such allegations.

## III

At the time of the alleged incident the defendant Billy EAGIN, was present at said residence of 8623 Village of Fondren $^{DR}$ with wife and could not have been present of such accusations.

## IV

On or about April 13th, 2015, the defendant was then arrested and charged with Aggravated Robbery;

CAUSE NO. 1463290

## — ARGUEMENTS AND AUTHORITIES —

1. According to if (Proof shows offense)
pursuant to Art. 11.46 of the Tex. Code
of Crim. Proc. And in accordance with (V.T.C.A.,
Penal Code § 29.03

(A) A person commits an offense if he
commits robbery as defined in Section 29.02,
and he:

(1) causes serious bodily injury to another;

(2) uses or exhibits a deadly weapon; or

(3) causes bodily injury to another person or
threatens or places another person in fear
of imminent bodily injury or death, if the other
person is:

(A) 65 years of age or older; or

(B) a disabled person

There is no affirmative link between the
defendent and the alleged incident.

2. The state must prove the allegations beyond
a reasonable doubt. See Taylor V. State, 637 S.W.
2d 929, 930 (Tex. Crim. App.) Panel Op, 1982.

Specifically, the defendant is not identified as person who rob the place. By no way of evidence based on elements of Aggravated Robbery in (V.T.C.A, Penal Code §29.03)

3. Mere presence of accused at scene of offense will not support conviction under law of parties, but it is circumstance which, combined with other facts, may show that accused was participant. V.T.C.A; Penal Code §§ 7.01(A), 7.02(A)(2), 29.02(A)(2), 29.03(A)(2)

But in this particular case, the defendant has been falsely accused of all. And was never at scene or proven to have been at scene of offense.

4. The 14th Amend. of the U.S. Const. states "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

5. The Tex. Const. ART. 2 sec. 3(A) states "
(Equality under The Law) Equality under the law
shall not be denied or abridged because of sex,
race, color, creed, or national origin. This Amend.
is self-operative.

6. The Tex. Const. Art. 2 Sec. 19 states "
(Deprivation of Life, Liberty, ETC.; Due course
of Law). No citizen of this state shall be deprived
of life, liberty, property, privileges or immunities,
or in any manner disfranchised, except be the
due course of the law of the land.

WHEREFORE, APPLICANT PRAYS THAT THE COURT GRANT APPICANT RELIEF FROM A FALSE ACCUSATION IN WHICH DEFENDANT IS BEING HELD, SO THAT DEFENDANT MAY RECIEVE LIBERTY IN WHICH HE IS ENTITLED TO IN THIS PROCEEDING

## VERIFICATION

OATH BEFORE A NOTARY PUBLIC

STATE OF TEXAS
COUNTY OF HARRIS

BILLY EAGLIN, BEING DULY SWORN, UNDER OATH SAYS: "I AM THE APPLICANT / PETITIONER (CIRCLE ONE) IN THIS ACTION AND KNOW THE CONTENTS OF THE ABOVE APPLICATION FOR A WRIT OF HABEAS CORPUS AND, ACCORDING TO MY BELIEF, THE FACTS STATED IN THE APPLICATION ARE TRUE

L JAMES
Notary Public
STATE OF TEXAS
Commission Exp. OCT. 28, 2017

_Billy Eaglin_
SIGNATURE OF (APPLICANT) / PETITIONER
(CIRCLE ONE)

SUBSCRIBED AND SWORN TO BEFORE ME THIS 30 DAY OF July, 20 15

SIGNATURE OF NOTARY PUBLIC

ES0085-01-07

CAUSE NO. 1463290

EX PARTE § IN THE 180th DISTRICT

BILLY EAGLIN § COURT OF

APPLICANT § HARRIS COUNTY, TEXAS

CERTIFICATE OF SERVICE

The undersigned counsel certifies that I have served a copy of my pre-trial writ of habeas Corpus in cause number 1463290 to the following party below on July 30, 2015 by mail as follows:

180th DISTRICT COURT 18th Floor
of HARRIS COUNTY, Texas
1201 FRANKLIN
HOUSTON, TEXAS 77002

Billy Eaglin
BILLY EAGLIN

COURT OF CRIM. APP:
P.O. BOX 12308, Capitol Station      SPN# 01216293 - 6E/A
     AUSTIN, TX 78711       1200 BAKER ST
                            HOUSTON, TEXAS 77002
                            Prepared by:
                            Applicant: Billy Eaglin

Certificate of Compliance as Required by Tex. R. App. 73.1

The applicant files this, his certificate of Compliance in the above-captioned cause, having been filed a application for writ of habeas corpus pursuant to art. 11.46 of the Tex. Code of Crim. Proc. The applicant also certifies that the number of words in the writ of habeas corpus application is 718.